No. 01–9131.  GUTIERREZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–9133.  FOSTER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–9135.  HARRIS v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–9136.  GRAVES v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 01–9137.  HUTCH v. AHN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9139.  FRANKLIN v. TAYLOR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–9140.  HALEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–9142.  HOOKS v. TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 01–9146.  RAY v. CURTIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9147.  BRODIE v. CORRECTIONAL MEDICAL SERVICES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–9149.  DAKER v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 01–9163.  GRAY v. LEBLANC, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 01–9174.  SCABONE v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON.  C. A. 3d Cir.  Certiorari denied.

No. 01–9193.  JOHNSON v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 01–9237.  MAYBUSHER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.